Date signed September 10, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| PAULINE J. KEARSE | : | Case No. 09-16416PM |
| | : | Chapter 7 |
| Debtor | : | |
| AEROTEK SCIENTIFIC, LLC | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 09-0297PM |
| | : | |
| PAULINE J. KEARSE | : | |
| HEADHUNTERS, LLC | : | |
| TPK TECHNOLOGY, LLC | : | |
| Defendants | : | |

### MEMORANDUM OF DECISION

This matter is before the court on Defendant Pauline J. Kearse's motion for reconsideration of the court's order, entered August 17, 2009, remanding this adversary proceeding to the Circuit Court for Montgomery County, Maryland and modifying the automatic stay [D.E. #23] together with the opposition thereto. Subsequent to the signing of this order, on August 14, 2009, Plaintiff filed a non-dischargeability action in this court (AP No. 09-00548). Defendant argues that, as a result of this filing, remand is no longer appropriate because the state court action and the non-dischargeability action will involve the same issues, witnesses, and evidence. Plaintiff argues that it filed the non-dischargeability action so as to meet the August 14, 2009, bar date for the filing of actions under 11 U.S.C. § 523(c) after Defendant refused to agree to an extension of the filing date under Fed. Rule of Bankruptcy Proc. 4007(c). Plaintiff

opposes the motion for reconsideration on the ground that the balance of the factors to be considered when making a voluntary remand decision still weigh heavily in favor of remand of this state court injunction action.  To simplify the processing of this matter, the court will modify its prior order so as to permit the state court to liquidate Aerotek's claim against Debtor.  Thus if plaintiff were to prevail in state court, the single matter remaining for trial before this court would be whether or not that claim survived Debtor's discharge.

In its memorandum of decision entered on August 17, 2009, the court discussed the factors considered when deciding whether or not to remand the adversary proceeding to state court.  Among the factors noted were  "the absence of jurisdiction over the Co-Defendant Headhunters, LLC, the inability of this court to enter a final order, the fact that the action concerned is solely a matter of state law and would have never come before this court in the absence of the bankruptcy filing and the time already invested in this case by the Circuit Court."  The court finds that the filing of the non-dischargeability action does not cast a different light on these factors.  At the time that the court rendered the remand decision, Kforce, Inc., the scientific division of which is now owned by the Plaintiff, had already filed a non-dischargeability action (AP No. 09-00379) in this court.  The fact that there are two non-dischargeability actions now pending against Defendant Kearse does not, by itself, require the court to reach a different conclusion with respect to remand.  It remains true that the remanded case is "peculiarly a matter of state law", whereas the non-dischargeability actions are "peculiarly [matters] of bankruptcy law".  Accordingly, the court finds that a remand to the Circuit Court pursuant to 28 U.S.C. § 1452(b) is still appropriate.

Finally, the court notes that the consent filed by Headhunters, LLC and TPK Technology, LLC [D.E. #31] is of no effect.  It is well-established that parties cannot confer jurisdiction by consent. See *Matter of Marchiando*, 13 F.3d 1111 (CA7 1994); *Western Contracting Corp. v. National Surety Corp.*, 163 F.2d 456 (CA4 1947); *In re Moffitt*, 406 B.R. 825 (B.C. E.D. Ark. 2009).

An appropriate order will be entered.

cc:     Aerotek Scientific LLC
        c/o C. Dennis Southard, IV
        Thompson Hine, LLP
        1920 N Street, N.W., Suite 800
        Washington, DC 20036

Eric Heyer
Thompson Hine LLP
1920 N Street, N.W.
Suite 800
Washington, DC 20036

Pauline J. Kearse
3775 Spicebush Drive
Frederick, MD 21704

Jeffrey M. Orenstein
Goren, Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD 20850

Headhunters, LLC
c/o Keith R. Havens, Esq.
Suite 308
2401 Research Boulevard
Rockville, MD 20850

TPK Technology, LLC
c/o Keith R. Havens, Esq.
Suite 308
2401 Research Boulevard
Rockville, MD 20850

Loretta E. Knight, Clerk of the Court
Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850

All parties requesting notice.

**End of Memorandum**